UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-3-SPC-NPM

ROBERT STEVEN HARRELSON

### ORDER[1]

Before the Court is the United States of America's Motion for a Preliminary Order of Forfeiture for a **Taurus .380 caliber pistol, Model Spectrum, Serial Number 1F110571, and all ammunition seized** from the Defendant Robert Steven Harrelson on or about April 28, 2019. (Doc. 53).

Being fully advised of the relevant facts, the Court hereby finds that the assets identified above were used, or intended to be used, to commit, or to facilitate the commission of, the defendant's drug offense, for which he has pled guilty.

Accordingly, it is now

**ORDERED:**

The United States' Motion for a Preliminary Order of Forfeiture (Doc. 53) is **GRANTED**.

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

Upon entry, this order shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

**DONE AND ORDERED** in Fort Myers, Florida on December 30, 2022.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record